JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,

Plaintiff,

v.

SV EXPRESS TRANSPORT LLC and STIVI VUKTILAJ,

Defendants.

Case No. 8:26-cv-01613-FWS-PD

Assigned to the Hon. Fred W. Slaughter

**JUDGMENT**

///

///

///

# JUDGMENT

On October 9, 2026, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital's ("Balboa") motion for default judgment against Defendant SV Express Transport LLC and Defendant Stivi Vuktilaj (together, "Defendants") (Dkt. 18). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the total amount of **$65,005.22**, which represents the sum of $57,607.99 in compensatory damages; $2,587.92 in prejudgment interest; $3,904.31 in attorney fees; and $905 in costs.

The Clerk is ordered to enter this Judgment forthwith.

Dated: October 9, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE