JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MICHAEL B. AROUH and AROUH LAW, PLLC,<br>Plaintiffs,<br>v.<br>GAN LIMITED, GAN NEVADA, INC., DERMOT S. SMURFIT, and BETTY WONG,<br>Defendants. | Case No. 8:26-cv-01613-FWS-PD<br><br>**AMENDED JUDGMENT** |

///

///

///

# <u>AMENDED JUDGMENT</u>

Plaintiffs Micheal B. Arouh ("Arouh") and Arouh Law, PLLC ("Arouh Law") brought this case against Defendant GAN Limited, Defendant GAN Nevada, Defendant Dermot S. Smurfit, and Defendant Betty Wong's (collectively, "Defendants"). The court compelled Arouh's claims to arbitration and stayed the case as to both Plaintiffs pending arbitration. The arbitrator found in favor of Defendants.

On September 28, 2026, the court granted Defendants' Unopposed Petition to Confirm Arbitration Award against Arouh. (Dkt. 88.)

Observing that Arouh Law did not have counsel and could not represent itself, the court set a deadline for Arouh Law to have counsel appear on its behalf. Arouh Law did not do so.

On November 5, 2026, the court dismissed Arouh Law's claim against Defendants for failure to prosecute and comply with a court order.

Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Judgment is entered in this matter in favor of Defendants and against Plaintiff Michael B. Arouh in the total amount of **<u>$821,275.13</u>**, which

represents the sum of $805,296.93 in attorney fees; $1,317 in costs; and $14,661.20 in monetary sanctions.

2. Judgment is entered in favor of Defendants and against Plaintiff Arouh Law, PLLC. Arouh Law, PLLC shall take nothing on their claims against Defendants in this case.

The Clerk is ordered to enter this Judgment forthwith.

Dated: November 5, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE